IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS,

Plaintiff(s),

v.

CITY OF AURORA, et al,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion to Vacate Order Setting Scheduling/ Planning Conference, filed with the Court on November 26, 2008, Docket Number 5, is GRANTED. The scheduling conference set on December 8, 2008 at 9:00 a.m., is VACATED and RESET on January 9, 2009, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: December 1, 2008