IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS,

Plaintiff(s),

v.

CITY OF AURORA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Unopposed to Stay Discovery Pending Determination of Defendants' Motion to Dismiss [docket nos. 29, 30, and 31] (docket no. 40) is GRANTED for those reasons stated within the subject motion (docket no. 40). Discovery is STAYED until further Order of Court. The parties are to contact Magistrate Judge Watanabe's chambers at (303) 844-2403 within five (5) after rulings by Judge Brimmer on the Defendants' Motions to Dismiss (docket no. 29, 30, and 31) to set a status conference.

Date: February 18, 2009