IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02107-PAB-MJW

JOHN DAVIS

                         Plaintiff,

v.

CITY OF AURORA  a Home Rule Municipality
     by and through its governing body the CITY COUNCIL;
DANIEL J. OATES, individually, and in his
     official capacity as Chief of Police;
ED TAUER; individually, and in his official capacity as Mayor;
DANIEL BYRD, individually;
ERIC BUGGE, individually;
JEREMY SEXTON, individually;
GENNIFER WOLF, individually;
JILL BILL, individually;
MICHAEL WOODYARD, individually; and
DONALD AINSWORTH,

                         Defendants.

---

**ORDER REGARDING JOINT MOTION TO VACATE STATUS
CONFERENCE SCHEDULED FOR APRIL 9, 2009** ( Docket no. 57 )

---

After review of the parties' Joint Motion to Vacate Status Conference (Docket No. 57),

filed April 6, 2009, it is

ORDERED that the motion is granted.  The Status Conference scheduled for April 9,

2009 is vacated, and reset to JUNE 24, 2009 at 9:00 A.M.

DATED: April 7, 2009

BY THE COURT:

*[signature]*

United States Magistrate Judge