IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS

        Plaintiff,

v.

CITY OF AURORA a Home Rule Municipality
  by and through its governing body the CITY COUNCIL;
DANIEL J. OATES, individually, and in his
  official capacity as Chief of Police;
ED TAUER; individually, and in his official capacity as Mayor;
DANIEL BYRD, individually;
ERIC BUGGE, individually;
JEREMY SEXTON, individually;
GENNIFER WOLF, individually;
JILL BILL, individually;
MICHAEL WOODYARD, individually; and
DONALD AINSWORTH,

        Defendants.

---

## ORDER REGARDING JOINT MOTION TO VACATE STATUS CONFERENCE SCHEDULED FOR JUNE 24, 2009

---

After review of the parties' Joint Motion to Vacate Status Conference (Docket No. 60), filed June 12, 2009, it is

ORDERED that the motion is granted. The Status Conference scheduled for June 24, 2009 is vacated.

DATED: June 15, 2009

        BY THE COURT:

        United States Magistrate Judge

        MICHAEL J. WATANABE
        U.S. MAGISTRATE JUDGE
        DISTRICT OF COLORADO