IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS

                  Plaintiff,

v.

CITY OF AURORA, a Home Rule Municipality
    by and through its governing body the CITY COUNCIL;
DANIEL J. OATES, individually, and in his
    official capacity as Chief of Police;
ED TAUER; individually, and in his official capacity as Mayor;
DANIEL BYRD, individually;
ERIC BUGGE, individually;
JEREMY SEXTON, individually;
GENNIFER WOLF, individually;
JILL BILL, individually;
MICHAEL WOODYARD, individually; and
DONALD AINSWORTH,

                  Defendants.

---

**ORDER REGARDING JOINT MOTION TO VACATE FINAL PRETRIAL**
**CONFERENCE SCHEDULED FOR JANUARY 14, 2010** (Docket No. 74)

After review of the parties' Joint Motion to Vacate Final Pretrial Conference Scheduled for January 14, 2010 (Docket No. 74), filed January 5, 2010, it is

ORDERED that the motion is granted. The Final Pretrial Conference scheduled for January 14, 2010 is vacated.

DATED: January 6, 2010

                  BY THE COURT:

                  MICHAEL J. WATANABE
                  U.S. MAGISTRATE JUDGE
                  DISTRICT OF COLORADO