IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS,

Plaintiff(s),

v.

CITY OF AURORA, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Motion for Partial Relief from Stay of Discovery (docket no. 79) is DENIED. This court entered an Order Staying Discovery on February 17, 2009. See docket no. 42. Judge Brimmer has not yet ruled on Defendants Chief Oates and Mr. Tauer's Motion to Dismiss pursuant to Fed. R. Civil Procedure 12(b)(6) Based Upon Qualified Immunity (docket no. 30) and on the remaining Defendants' (except for Defendant Donald Ainsworth) Motion to Dismiss pursuant to Fed. R. Civil Procedure 12(b)(6) Based Upon Qualified Immunity (docket no. 29). For those reasons stated in the Response (docket no. 82), I find that a stay on all discovery and against all defendants should remain in effect until after Judge Brimmer rules on the above two Motions to Dismiss and on Defendant Ainsworth's Motion to Dismiss (docket no.68). All three of these motions are currently ripe for ruling.

Date: March 19, 2009