IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS

                    Plaintiff,

v.

CITY OF AURORA, a Home Rule Municipality
       by and through its governing body the CITY COUNCIL;
DANIEL J. OATES, individually, and in his
       official capacity as Chief of Police;
ED TAUER; individually, and in his official capacity as Mayor;
DANIEL BYRD, individually;
ERIC BUGGE, individually;
JEREMY SEXTON, individually;
GENNIFER WOLF, individually;
JILL BILL, individually;
MICHAEL WOODYARD, individually; and
DONALD AINSWORTH,

                    Defendants.

## ORDER REGARDING JOINT MOTION TO COMMENCE DISCOVERY

After review of the parties' Joint Motion to Commence Discovery (Docket No. 92), filed July 6, 2010, it is

ORDERED that the motion is granted. The stay of discovery is lifted and a Scheduling Conference is set on August 2, 2010, at 11:30 a.m. in Courtroom A-502. Proposed Order is due July 27, 2010.

DATED: July 7, 2010

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO