IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS,

Plaintiff(s),

v.

CITY OF AURORA, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Plaintiff's Motion for Acceptance of Amendment to Scheduling Order, DN 105, filed with the Court on August 11, 2010, is GRANTED. The Amendment to Scheduling Order, signed on August 16, 2010, is approved and made an order of the Court.

Date: August 16, 2010