IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02107-PAB-MJW

JOHN  DAVIS,

Plaintiff(s),

v.

CITY OF AURORA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Second Motion to Amend/Modify the Scheduling Order Re: Expert Disclosures, DN 129, filed with the Court on January 17, 2011, is GRANTED up to and including January 19, 2011.

Date:  January 19, 2011