IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02107-PAB-MJW

JOHN  DAVIS,

Plaintiff(s),

v.

CITY OF AURORA, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the **Partially Unopposed Motion to Modify Amendment to Scheduling Order Re: Expert Disclosure, Rebuttal Expert Disclosure and Discovery Cutoff**, DN 132, filed with the Court on January 19, 2011, and the **Supplement to Partially Unopposed Motion 'Modify Amendment to Scheduling Order Re: Expert Disclosure, Rebuttal Expert Disclosure and Discovery Cutoff (Doc. No. 132)**, DN 134, filed with the Court on January 20, 2011, are GRANTED and the Scheduling Order is amended as follows:

     (1) The expert disclosure deadline is extended up to and including January 31, 2011;

     (2) The rebuttal expert disclosure deadline is extended up to and including February 28, 2011; and,

     (3) The discovery deadline is extended up to and including April 1, 2011 for the sole purpose of taking the potential deposition of Defendants' expert witness, Gary Gutterman, M.D. The previously scheduled discovery cutoff of March 4, 2011 shall remain in effect as to all other discovery related matters.

Date:  January 24, 2011