IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02107-PAB-MJW

JOHN  DAVIS,

Plaintiff(s),

v.

CITY OF AURORA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants Oates and Tauer's Unopposed Motion to Modify Amendment to Scheduling Order Re: the Dispositive Motion Deadline (docket no. 140) is GRANTED finding good cause shown.  The dispositive motion deadline is extended to April 15, 2011.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  March 30, 2011