IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS,

    Plaintiff,

v.

CITY OF AURORA, a Home Rule Municipality,
by and through its governing body the City Council,
DANIEL J. OATES, individually and in his official capacity as Chief of Police,
ED TAUER, individually and in his official capacity as Mayor,
DANIEL BYRD, individually,
ERIC BUGGE, individually,
JEREMY SEXTON, individually,
GENNIFER WOLF, individually,
JILL BILL, individually,
MICHAEL WOODYARD, individually, and
DONALD AINSWORTH, individually,

    Defendants.

## ORDER

    This matter is before the Court on the Amended Stipulated Motion for Dismissal with Prejudice of All Claims Against Aurora Defendants [Docket No. 200] filed by plaintiff John Davis and defendants Daniel J. Oates, Ed Tauer, Daniel Byrd, Eric Bugge, Jeremy Sexton, Gennifer Wolf, Jill Bill, and Michael Woodyard (collectively "defendants"). The Court has reviewed the pleading and is fully advised in the premises.

    Accordingly, it is

**ORDERED** that the Amended Stipulated Motion for Dismissal with Prejudice of All Claims Against Aurora Defendants [Docket No. 200] is **GRANTED**.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendants Daniel J. Oates, Ed Tauer, Daniel Byrd, Eric Bugge, Jeremy Sexton, Gennifer Wolf, Jill Bill, and Michael Woodyard are dismissed with prejudice, with each party to bear his or her own attorney's fees and costs.

DATED December 14, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge