IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02107-PAB-MJW

JOHN DAVIS,

    Plaintiff,

v.

CITY OF AURORA, a Home Rule Municipality,
by and through its governing body the City Council,
DANIEL J. OATES, individually and in his official capacity as Chief of Police,
ED TAUER, individually and in his official capacity as Mayor,
DANIEL BYRD, individually,
ERIC BUGGE, individually,
JEREMY SEXTON, individually,
GENNIFER WOLF, individually,
JILL BILL, individually,
MICHAEL WOODYARD, individually, and
DONALD AINSWORTH, individually,

    Defendants.

## ORDER

    This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice of All Claims Against Defendant City of Aurora [Docket No. 202] filed by plaintiff John Davis and defendant the City of Aurora. The Court has reviewed the pleading and is fully advised in the premises.

    Accordingly, it is

    **ORDERED** that the Stipulated Motion for Dismissal with Prejudice of All Claims Against Defendant City of Aurora [Docket No. 202] is **GRANTED**. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendant City of Aurora are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED December 15, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge